IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MIRAF INTERNATIONAL, INC.,
NASIR WARSAMA, and ALI MIRAF,

    Plaintiffs,

v.                                                  Civil Action _____

THE UNITED STATES of AMERICA;
GEORGE W. BUSH, in his official capacity as
President of the United States; ALBERTO GONZALES,
in his official capacity as Attorney General
of the United States; HENRY M. PAULSON, JR.,
in his official capacity as Secretary of the Treasury of the
United States of America; CONDOLEEZZA RICE, in her
official capacity as Secretary of State of the United
States of America; ADAM J. SZUBIN, in his official capacity
as Director, United States Department of the Treasury,
Office of Foreign Asset Control; and
ROBERT S. MUELLER, III, in his official capacity as
Director, Federal Bureau of Investigations,

    Defendants.

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiff Miraf International, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Miraf International, Inc., which have any outstanding securities in the hands of the public: NONE.

These representations are made in order that judges of this court may determine the need for recusal.

**[signatures on the following page]**

Dated: 2/13/07

Respectfully Submitted,

_____
John W. Lundquist (MN #65286)
Dulce J. Foster (MN #285419)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

ATTORNEYS FOR PLAINTIFFS

*Representing Plaintiffs without compensation pursuant to L. Cv. R. 83.2(g)*

4150141_1.DOC