Miraf International, Inc., Nasir Warsama, and Ali Miraf v. United States of America, et al.
Civil Court File No. 07-0360

STATE OF MINNESOTA   )
                     ) ss.    **AFFIDAVIT OF SERVICE**
COUNTY OF HENNEPIN   )        **BY CERTIFIED MAIL – RETURN RECEIPT**

Kristi K. Henrichs, being duly sworn on oath, deposes and states that on the 9th day of March, 2007, she served the attached:

Summons and Complaint,

upon the following persons by placing a true and correct copy thereof in an envelope addressed as follows and depositing the same, with postage prepaid, via certified mail – return receipt, in the United States mail at Minneapolis, Minnesota.

SEE ATTACHED SERVICE LIST.

_____
Kristi K. Henrichs

Subscribed and sworn to before me
this 9th day of March, 2007.

_____
Notary Public


MARION R LEMKE
Notary Public
Minnesota
My Commission Expires Jan. 31, 2010

#4163069

**RECEIVED**

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Miraf International, Nasir Warsama and Ali Miraf v.*
*United States of America, et al.*

Civil Court File No. 07-0360

## SERVICE LIST

George W. Bush
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Office of the United States Attorney
ATTN: Civil Process Clerk or
  U.S. Attorney Jeffrey A. Taylor
555 4TH Street NW
Washington, DC 20530

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Condoleezza Rice
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Henry M. Paulson, Jr.
Secretary of the Treasury
U.S. Department of Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

Adam J. Szubin, Director
Office of Foreign Assets Control
U.S. Dept. of the Treasury – Treasury Annex
1500 Pennsylvania Avenue NW
Washington, DC 20220

Robert S. Mueller III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue NW
Washington, DC 20535-0001

#4162980