IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIRAF INTERNATIONAL, INC.<br>436(c) N. Indian Creek Drive<br>Clarkston, GA. 30021<br><br>NASIR WARSAMA<br>422 N. Indian Creek Drive<br>Clarkston, GA. 30021<br><br>ALI MIRAF<br>751 N. Indian Creek Drive, Apt. #143<br>Clarkston, GA. 30021<br><br>                    Plaintiffs,<br><br>        v.<br><br>THE UNITED STATES OF AMERICA, and<br>GEORGE W. BUSH<br>*in his official capacity as*<br>President of the United States<br>1600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20500<br><br>ALBERTO GONZALES<br>*in his official capacity as*<br>Attorney General of the United States<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530-0001<br><br>HENRY M. PAULSON, JR.,<br>*in his official capacity as*<br>Secretary of the Treasury of the United States<br>1500 Pennsylvania Ave., N.W.<br>Washington, D.C. 20220<br><br>CONDOLEEZZA RICE<br>*in her official capacity as*<br>Secretary of State of the United States<br>2201 C Street, N.W.<br>Washington, D.C. 20520 | Civil Action No. 07-0360 (ESH) |

| | |
|---|---|
| ADAM J. SZUBIN | ) |
| *in his official capacity as* | ) |
| Director, Office of Foreign Assets Control, | ) |
| Department of the Treasury – Treasury Annex | ) |
| 1500 Pennsylvania Ave., N.W. | ) |
| Washington, D.C. 20220 | ) |
| | ) |
| ROBERT S. MUELLER, III | ) |
| *in his official capacity as* | ) |
| Director, Federal Bureau of Investigation | ) |
| J. Edgar Hoover Building | ) |
| 935 Pennsylvania Ave., N.W. | ) |
| Washington, D.C. 20535-0001 | ) |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION AND MEMORANDUM
FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants the United States of America, *et al.*, through undersigned counsel, hereby move for an extension of time, until June 13, 2007, either to resolve the above-captioned case amicably, or to respond to the complaint. Plaintiffs Miraf International, Inc., Nasir Warsama, and Ali Miraf do not oppose this motion.

Defendants seek an extension of time because the parties are currently engaged in discussions that may result in the resolution of this case without the need for further litigation. Despite ongoing work toward resolution of this case, the parties require more time in which to determine whether this case can be resolved without the need for the Court's intervention. Thus, defendants respectfully request that the Court permit them an additional thirty days, until June 13, 2007, to respond to the complaint, should that be necessary.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney
          for the District of Columbia


          *s/ Andrea Gacki*
        SANDRA M. SCHRAIBMAN
        ANDREA GACKI (D.C. Bar No. 462024)
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., N.W., Room 7334
        Washington, D.C. 20001
        (202) 514-4336

        *Attorneys for Defendants*

May 11, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIRAF INTERNATIONAL, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-0360 (ESH) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Motion and Memorandum for an Extension of Time to Respond to the Complaint, it is hereby ordered that defendants may respond to the Complaint on or before **June 13, 2007**.

_____
THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT