IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIRAF INTERNATIONAL, INC., *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES OF AMERICA, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 07-0360 (ESH) |

**STIPULATION OF DISMISSAL**

The U.S. Department of Treasury, Office of Foreign Assets Control ("OFAC"), has concluded an investigation into whether plaintiffs Miraf International, Inc., Nasir Warsama, and Ali Miraf should be designated pursuant to Executive Order No. 13,224. As a result of OFAC's investigation, neither Miraf International, Inc., nor its two principals were designated as "Specially Designated Global Terrorists" pursuant to Executive Order No. 13224, the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701-1706, and the Global Terrorism Sanctions Regulations, 31 C.F.R. part 594. Accordingly, OFAC has issued plaintiffs a license releasing the blocked funds that plaintiffs seek to recover through this lawsuit. *See* Exhibit 1, License.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to the above-captioned case thus stipulate to a dismissal of this case. This dismissal shall be without prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

*[signature]*

JOHN W. LUNDQUIST (#65286)
DULCE J. FOSTER (#285419)
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
Email: jlundquist@fredlaw.com
Email: dfoster@fredlaw.com

*Attorneys for Plaintiffs*


Dated: June 12, 2007

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney
 for the District of Columbia

*[signature]*

SANDRA M. SCHRAIBMAN
ANDREA GACKI (D.C. Bar No. 462024)
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7334
Washington, D.C. 20001
Telephone: (202) 514-4336
Facsimile: (202) 318-2461
Email: andrea.gacki@usdoj.gov

*Attorneys for Defendants*

# Exhibit 1

Case 1:07-cv-00360-ESH    Document 5-2    Filed 06/12/2007    Page 1 of 3

LICENSE No. SDGT-802



## DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220
### Global Terrorism Sanctions Regulations

## LICENSE

(Granted under the authority of 50 U.S.C. §§ 1701 *et seq.*, 50 U.S.C. § 1601 *et seq.*, 22 U.S.C. § 287c, Executive Order 13224, as amended, and 31 C.F.R. Parts 501 and 594.)

To:   Wachovia Bank                             Miraf International, Inc.
      1339 Chestnut Street                      c/o Fredrikson & Byron, P.A.
      Philadelphia, PA  19107                   200 South Sixth Street, Suite 4000
      Attn.: Helene Johnson                     Minneapolis, MN  55402-1425
                                                Attn.: Dulce J. Foster, Esq.

(the "Licensees")

1. Based on correspondence received from Fredrikson & Byron, P.A., to the Office of Foreign Assets Control on behalf of Miraf International, Inc. (the "Application"), and information otherwise available to the Office of Foreign Assets Control, the transactions and activities delineated on the reverse hereof are hereby authorized.

2. This License is granted upon the statements and representations made in the Application, or otherwise filed with or made to the Treasury Department as a supplement to the Application, and is subject to the condition, among others, that the Licensee(s) complies in all respects with all regulations, rulings, orders and instructions issued by the Secretary of the Treasury under the authority of the International Emergency Economic Powers Act (50 U.S.C. §§ 1701 *et seq.*), the National Emergencies Act (50 U.S.C. §§ 1601 *et seq.*), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. § 287c), section 301 of title 3 of the United States Code, Executive Order 13224 of September 23, 2001, as amended, and the terms of this License.

3. The Licensee(s) shall furnish and make available for inspection any relevant information, records, or reports requested by the Secretary of the Treasury or any other duly authorized officer or agency.

4. This License is not transferable, and is subject to E.O. 13224, as amended, the provisions of 31 C.F.R. Parts 501 and 594, and any rulings issued pursuant thereto. This License may be revoked or modified at any time at the discretion of the Secretary of the Treasury. If this License was issued as a result of willful misrepresentation, it may, at the discretion of the Secretary of the Treasury, be declared void from the date of its issuance or from any other date.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control, including reporting requirements, except as specifically licensed herein. Furthermore, this License does not excuse compliance with any law or regulation administered by any other agency which may apply to the transactions herein licensed, nor does it release the Licensee(s) or third parties from civil or criminal liability for violation of any such law or regulation.

Issued by direction and on behalf of the Secretary of the Treasury:

OFFICE OF FOREIGN ASSETS CONTROL

By _____
   Adam J. Szubin                JUN 1 1 2007
   Director

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705, and 31 C.F.R. Part 594.701 for provisions relating to penalties.

LICENSE No. SDGT-802                                                  Page 2 of 2

**SECTION I - AUTHORIZATION:** (a) Subject to the conditions and limitations set forth herein, the following accounts are hereby unblocked:

| | |
|---|---|
| Name on Account: | Miraf International |
| Account Number: | 2080000575401 |
| Originating Bank: | First Union National Bank, Stone Mountain, GA |
| Value Date: | 06-JUNE-2006 |
| Amount: | USD $17,714.39 |

| | |
|---|---|
| Name on Account: | Ali Miraf |
| Account Number: | 1000253075289 |
| Originating Bank: | Wachovia Bank, Stone Mountain, GA |
| Value Date: | 06-JUNE-2006 |
| Amount: | USD $30.12 |

| | |
|---|---|
| Name on Account: | FBO Miraf International |
| Account Number: | 511111130695495 |
| Originating Bank: | Wachovia Bank, NC |
| Value Date: | 06-JUNE-2006 |
| Amount: | USD $50,098.12. |

**SECTION II – WARNING:** (a) Except as expressly authorized by the terms of this License, nothing in this License authorizes any transaction prohibited by the Global Terrorism Sanctions Regulations, 31 C.F.R. Part 594, or by any other laws or regulations administered by the Office of Foreign Assets Control.

(b) Except as expressly authorized by the terms of this License, this License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property which is blocked pursuant to any Executive Order or Chapter V of Title 31 of the C.F.R., including the Global Terrorism Sanctions Regulations.

(c) Except as expressly authorized by the terms of this License, nothing in this License authorizes the transfer or receipt of funds or other property, directly or indirectly, to or from any entity or individual whose property or interests in property are blocked pursuant to any Executive Order or Chapter V of Title 31 of the C.F.R., including Al-Barakaat or any other entity or individual designated as a Specially Designated Global Terrorist.

**SECTION III – RECORDKEEPING AND REPORTING REQUIREMENTS:** (a) The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

(b) See 31 C.F.R. § 501.605 for additional requirements regarding reports on litigation, arbitrations and dispute resolution proceedings.

**SECTION IV – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*************************************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MIRAF INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-0360 (ESH) |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

It is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and attorney's fees.

---

THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT